

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-15-00096-CV

**ALS 88 DESIGN BUILD LLC**,
Appellant

v.

**MOAB CONSTRUCTION CO.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03033
Honorable Gloria Saldana, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court